M. P. No. 75-4. IN RE GERARD OUIMETTE. Motion of State that petitioner be ordered to produce certain portion of the transcript or, in the alternative, that writ of certiorari be quashed is denied. The State's motion that the special assignment be vacated or, in the alternative, that petitioner be ordered to produce certain portion of the transcript, or in the alternative, that the writ of certiorari be quashed is denied. *Julius C. Michaelson*, Attorney General, *William G. Brody*, Special Asst.

Attorney General, *John Austin Murphy*, Special Asst. Attorney General, for respondent. *Bevilacqua & Cicilline, John F. Cicilline*, for petitioner.